KAZEROUNI LAW GROUP, APC
David J. McGlothlin, Bar No. 253265
david@kazlg.com
Pamela E. Prescott, Bar No. 328243
pamela@kazlg.com
245 Fischer Ave., Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Attorneys for Plaintiff
JEANNE WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE WHITE,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 4:26-cv-05907-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO COMPLAINT**<br><br>Complaint served: July 16, 2026<br>Current response date: September 8, 2026<br>New response date: September 22, 2026 |

Having considered the Second Stipulation for Extension of Time for Defendant Experian Information Solutions, Inc. ("Experian") to Respond to Plaintiff's Complaint, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the deadline for Experian to answer, object, or otherwise respond to Plaintiff's Complaint is extended from September 8, 2026, up through and including September 22, 2026.

Dated: 9/9/2026

Haywood S. Gilliam, Jr.
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge