UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEANNE WHITE,

Plaintiff(s)

v.

WELLS FARGO BANK, N.A., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant(s)

CASE No C 4:26-cv-05907-HSG

STIPULATION AND ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ■ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

***Note**: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*
- ■ other requested deadline: 120-days from the order referring case to ADR.

Date: 09/22/2026 /s/ Pamela E. Prescott
Attorney for Plaintiff Jeanne White

Date: 09/22/2026 /s/ Charlotte A. Long
Attorney for Defendant Trans Union

Date: 09/22/2026 /s/ Thomas P. Quinn
Attorney for Defendant Equifax

Date: 09/22/2026 /s/Rebecca S. Saelao
Attorney for Defendant Wells Fargo

Date: 09/22/2026 /s/ Thomas Abbott
Attorney for Defendant Experian

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 9/23/2026

Haywood S. Gilliam, Jr.
U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*